AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| PAUL MICHAEL MERHIGE | ) | Case No.  09-8317-LRJ |
| | ) | |
| | ) | |
| *Defendant* | | |

FILED by _____ D.C.

DEC - 4 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __11/27/09__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant violated __18__ U. S. C. § __1073__, an offense described as follows:

Did move or travel in interstate or foreign commerce with intent to avoid prosecution, or custody or confinement, under the laws of the place from which he flees, for a crime, or an attempt to commit a crime, punishable by death, or which is a felony under the laws of the place from which the fugitive flees.

This criminal complaint is based on these facts:

### SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Paul M. Bruno, TFO, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____12/04/2009____

_____
*Judge's signature*

City and state:        West Palm Beach, Florida        LINNEA R. JOHNSON, U.S. MAGISTRATE JUDGE
*Printed name and title*

## Affidavit for Arrest Warrant for Unlawful Flight to Avoid Prosecution

I, Paul M. Bruno, having been duly sworn, do hereby depose and state the following:

1. I am a deputized Task Force Officer with the Federal Bureau of Investigation (FBI) in West Palm Beach, Florida, and a law enforcement officer of the United States under federal law. I have been assigned to the to the FBI's Safe Streets Task Force for over one year. My duties involve the investigation and apprehension of fugitives. I am also a Police Officer for the Jupiter Police Department, where I have been employed for over ten years.

2. The information in this affidavit is based upon a compilation of information which I received from other law enforcement officers who have personal knowledge of the investigation. I have set forth only the facts which I believe are necessary to establish the foundation for probable cause for a criminal complaint charging **PAUL MICHAEL MERHIGE (MERHIGE)** with traveling from Palm Beach County, Florida, in interstate or foreign commerce, with the intent to avoid prosecution by the State of Florida for felony offenses, that is, four counts of murder in the first degree with a firearm in violation of Florida Statute 782.04(1)(a)(1), and two counts of attempted first degree murder with a firearm in violation of Florida Statute 782.04(1)(a)(2); all in violation of Title 18, United States Code, Section 1073 (Unlawful Flight to Avoid Prosecution).

3. On November 27, 2009, an arrest warrant was issued for **MERIGE** in the Fifteenth Judicial Circuit Court, Palm Beach County, Florida. According to the arrest warrant, **MERIGE** is charged with committing four counts of First Degree Murder with a Firearm and two counts of attempted first degree murder with a firearm. The warrant is based on a shooting which occurred in Jupiter, in the Southern District of Florida, on

November 26, 2009.  Since the issuance of the arrest warrant, **MERIGE** has avoided apprehension by the Jupiter Police Department and remains at large.

4.  In a letter dated December 3, 2009, Michael McAuliffe, State Attorney for the Fifteenth Judicial Circuit, in Palm Beach County, Florida, requested the FBI's assistance under the Unlawful Flight to Avoid Prosecution (UFAP) statute, Title 18, United States Code, Section 1073, to locate and apprehend **MERHIGE**, who is being sought by the County of Palm Beach, State of Florida, for the felony crimes of Murder in the First Degree (four counts), and (two counts) Attempted Murder in the First Degree warrant number 09-015053 CFAXX. The Palm Beach County State Attorney's Office has agreed that the State of Florida will extradite and prosecute **MERHIGE** if he is apprehended outside the State of Florida, and that the State of Florida will bear all extradition expenses.

5.  Your affiant believes that evidence exists which establishes that **MERHIGE** has fled the State of Florida.  According to Jupiter Police Department detectives approximately one week before the homicides were committed, **MERHIGE** retrieved his passport from his mother's possession.   The day after the homicides were committed, investigators conducted a search of **MERHIGE**'s residence located in Miami-Dade County, in the Southern District of Florida, pursuant to a lawful state search warrant.  **MERHIGE** was not present at the residence.  Investigators determined that clothing and a computer hard drive were missing from the residence, and it appeared that **MERHIGE** was no longer living there.  Furthermore, bank records establish that **MERHIGE** withdrew a large amount of cash shortly before November 26, 2009, and had travel funds available to him.

6. **MERHIGE** is described as a Hispanic male. He is 5'8" tall, weighs approximately 180 pounds and has brown hair and brown eyes. His date of birth is set forth on the arrest warrant.

7. On the basis of the foregoing, your affiant submits that probable cause exists that **Paul Michael MERHIGE** has fled the State of Florida and has traveled in interstate or foreign commerce to avoid prosecution for the previously mentioned murder crimes which are charged in Palm Beach County, in the Southern District of Florida. As such, your affiant respectfully requests that an arrest warrant be issued for **MERIGE'S** arrest for a violation of Title 18, United States Code, Section 1073 (Unlawful Flight to Avoid Prosecution).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

PAUL M. BRUNO
TASK FORCE AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to and subscribed before me this
4th day of December, 2009.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**No.  09-8317-LRJ**

**UNITED STATES OF AMERICA**

**vs.**

**PAUL MICHAEL MERHIGE,**

**Defendant.**

_____/

**CRIMINAL COVER SHEET**

1.   Did this matter originate from a matter pending in the Northern Region of the United
     States Attorney's Office prior to October 14, 2003?   _____ Yes   _X_ No

2.   Did this matter originate from a matter pending in the Central Region of the United
     States Attorney's Office prior to September 1, 2007?   _____ Yes  _X_ No


                              Respectfully submitted,

                              JEFFREY H. SLOMAN
                              ACTING UNITED STATES ATTORNEY


                   BY:        _____
                              ROLANDO GARCIA
                              ASSISTANT UNITED STATES ATTORNEY
                              Florida Bar No. O763012
                              500 S. Australian Avenue, Suite 400
                              West Palm Beach, FL  33401-6235
                              Tel: (561) 820-8711
                              Fax: (561) 802-1787
                              Rolando.Garcia@usdoj.gov